AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00545 |
| Tyler Welsh Slaeker | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 7/27/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Tyler Welsh Slaeker     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Entering and Remaining and Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly Conduct and Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     07/27/2021

2021.07.27
18:34:17
-04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/4/21 7/27/21, and the person was arrested on *(date)* 8/4/21
at *(city and state)* Federal Way, WA

Date: 8/4/21

*Arresting officer's signature*

Special agent Anne Borgertpoepping
*Printed name and title*