AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. MJ21-545-RMM |
| Tyler Welsh Slaeker | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tyler Welsh Slaeker.

Date:     08/11/2021

*Attorney's signature*

Jennifer E. Wellman / WA 29193
*Printed name and bar number*

Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
*Address*

jennifer_wellman@fd.org
*E-mail address*

(206) 553-1100
*Telephone number*

(206) 553-0120
*FAX number*